SHAWE&ROSENTHAL
003

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

JEFF WARWAS

Plaintiff,

v.

JOS. A. BANK CLOTHIERS, INC.,

Defendants.

CIVIL ACTION NO. 00-2010DWF/AJB

**ORDER**

Having considered the Stipulation for Extension of Time for Defendant to Respond to Plaintiff's Complaint and determining that no hearing is necessary regarding this matter, it is

**ORDERED** that the Stipulation is accepted and that Defendant has until January 22, 2001 to file a response to Plaintiff's Complaint.

Dated: 1/5/01

United States District Court . Magistrate Judge

Enter.

Copies to Counsel of Record

FILED JAN 08 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK