1376?0

# UNITED STATES DISTRICT COURT

District of Minnesota
Clerk's Office, 708 Federal Building,
316 North Robert St., St. Paul, MN 55101, Phone:(651)848-1100

## PETITION FOR ADMISSION PRO HAC VICE

Case Number: 00-2010DWF/AJB Case Title: Warwas v. Bank Clothiers

**Affidavit of Movant**

I, Gregory L. Peters, an active member in good standing of the bar of the U.S. District Court for the District of Minnesota, request that this Court admit pro hac vice Patrick Pilachowski, an attorney admitted to practice in the ____________ District of Maryland, but not admitted to the bar of this court, who will be counsel for the ( )plaintiff ( )defendant Joseph A. Bank Clothiers in the case(s) listed below. I am aware that the local rules of this court require that I participate in the presentation of the case(s) listed below, and that I accept service of all papers served.

Signature ____________ 0289401 MN Attorney License # 5/11/01 Date

**Affidavit of Proposed Admittee**

I, Patrick Pilachowski, am currently a member in good standing of the U.S. District Court for the ____________ District of Maryland, but not admitted to the bar of this court. I understand that if this Court grants me admission pro hac vice, the movant bringing this motion must participate in the preparation and presentation of the matters listed below, and must accept service of all papers served.

Patrick Pilachowski
Type/Print Name

Signature: P. Pilachowski

5/8/01
Date

Attorney License Number: 01229

Law Firm Name & Address: Shawe & Rosenthal, LLP
Sun Life Building, 11th Floor, 20 S. Charles St.
Baltimore, MD 21201

Telephone: (410) 752-1040

Motion Granted: Francis E. Dosal
For the Court: Francis E. Dosal, Clerk

MAY 11 2001
Date

Note: The original of this form and the Pro Hac Vice admission fee of $25 shall be filed with the Clerk of Court before you will be included in the roll of admitted attorneys and receive notices generated in the above-entitled action.

6/99

MAY 11 2001
FILED
FRANCIS E. DOSAL CLERK
JUDGMENT ENTD ____
DEPUTY CLERK ____