IN THE UNITED STATED DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| JEFF WARWAS | * | |
| | * | |
| Plaintiff | * | |
| | * | |
| v. | * | Case No. 00-2010 (DWF/AJB) |
| | * | |
| JOS. A. BANK CLOTHIERS, INC. | * | |
| | * | |
| Defendant | * | |
| | * | |

**ORDER**

Having considered the Stipulated Dismissal with Prejudice, it is ORDERED that the Dismissal BE and HEREBY IS GRANTED and that Plaintiff's action BE and HEREBY is DISMISSED WITH PREJUDICE.

Dated: Jan. 15, 2002

Donovan W. Frank
United States District Court Judge

Enter.

Copies to Counsel of Record

FILED JAN 15 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

IN THE UNITED STATED DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| JEFF WARWAS | * | |
| Plaintiff | * | |
| v. | * | Case No. 00-2010 (DWF/AJB) |
| JOS. A. BANK CLOTHIERS, INC. | * | |
| Defendant | * | |

**STIPULATED DISMISSAL WITH PREJUDICE**

Plaintiff Jeff Warwas and Defendant Jos. A. Bank, by and through the undersigned counsel, hereby file this Stipulated Dismissal with Prejudice. This Motion is being filed due to the fact that the parties have entered into an agreement, effectively settling this matter.

WHEREFORE, the parties respectfully request that this matter be Dismissed with Prejudice.

Dated: 1/14/02

Respectfully submitted,

J. Michael McGuire
Shawe & Rosenthal, LLP
20 South Charles Street
Baltimore, Maryland 21201

Stephen Fiebiger (#149664)
Stephen C. Fiebiger & Associates, CHTD.
2500 West County Road 42
Suite 106
Burnsville, MN 55337

SHAWE & ROSENTHAL, LLP
BALTIMORE, MD

FILED JAN 15 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD.
DEPUTY CLERK